UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JEROME LINDSEY,<br><br>            Petitioner,<br><br>    v.<br><br>BRIAN K. BIRKHOLTZ,<br><br>            Respondent. | Case No. 2:22-cv-6793-FLA (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: August 16, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge